UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN T. JOHNSON, JR., | 1:06-cv-00049-OWW-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 6) |
| vs. | **ORDER DISMISSING FEDERAL CLAIMS FROM ACTION** |
| B. VIKJORD, et al., | |
| Defendants. | **ORDER DENYING ANY AND ALL PENDING MOTIONS AS MOOT** |
| | **ORDER REMANDING ACTION BACK TO STATE COURT** (Doc. 1) |

Plaintiff, Herman T. Johnson, Jr. ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 24, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 24, 2006, are ADOPTED IN FULL;

2. The federal claims are DISMISSED from this action;

3. Any and all pending motions are DENIED as MOOT; and,

4. This action is REMANDED back to the state court for resolution of plaintiff's state law claims.

IT IS SO ORDERED.

**Dated:   March 15, 2006**                    /s/ Oliver W. Wanger
emm0d6                                         UNITED STATES DISTRICT JUDGE